November 22, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

ELLEN TAUB, INDIVIDUALLY AND AS REPRESENTATIVEOF THE ESTATE OF SAMUEL TAUB, Appellant

NO. 14-16-00471-CV                    V.

VICTOR NARCISSE, M.D. AND DAVID HO, M.D., Appellees

_____

Today the Court heard appellant's motion to dismiss the appeal from the orders signed by the court below on April 11, 2016, and May 13, 2016. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Ellen Taub.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.